**2014-1349**

_____

# United States Court of Appeals for the Federal Circuit

_____

## E-LYNXX CORPORATION,

*Plaintiff - Appellant,*

**v.**

## INNERWORKINGS, INC., CIRQUIT.COM, INC.,

*Defendants – Appellees*

_____

*Appeal from the United States District Court for the Middle District of Pennsylvania
in Civil Action No. 1:10-cv-2535, Chief Judge Christopher C. Conner*

_____

## APPELLANT E-LYNXX CORPORATION'S
## CERTIFICATE OF COMPLIANCE WITH RULE 11(d)

_____

Jonathan T. Suder
Brett M. Pinkus
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX 76102
Ph.:  817.334.0400
Fax: 817.334.0401
jts@fsclaw.com
pinkus@fsclaw.com

Attorneys for Plaintiff-Appellant eLYNXX
Corporation

1

## CERTIFICATE OF COMPLIANCE WITH RULE 11(d)

Pursuant to Federal Circuit Rule 11(d), Plaintiff-Appellant e-LYNXX Corporation certifies that it has reviewed the record and that portions of the record subject to a protective order need to remain protected on appeal.  This statement is not intended to preclude further agreement between the parties.

Dated this 25th day of April, 2014

Respectfully submitted,

/s/  Brett M. Pinkus
Jonathan T. Suder
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX 76102
Ph.:  817.334.0400
Fax: 817.334.0401
jts@fsclaw.com
pinkus@fsclaw.com

**ATTORNEYS FOR PLAINTIFF/
APPELLANT ENDOTACH, LLC**

## CERTIFICATE OF SERVICE

In accordance with Fed. R. App. R. 25 and Fed. Cir. R. 25, this is to certify that I have this day pserved the foregoing document upon all counsel of record by the Court's CM/ECF system.

Dated this 25th day of April, 2014

/s/  Brett M. Pinkus

2